## United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| TR34 | 9785941 | ARJUN DEY | 4457 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/08/2022 | 38 CFR 1.218(b) 3D |

Place of Offense: US VETERANS HOSPITAL ROAD 3710 SW PORTLAND, OR 97239

Offense Description: Factual Basis for Charge  HAZMAT ☐
FAILING TO COME TO A COMPLETE STOP AT STOP SIGN

**DEFENDANT INFORMATION**

Last Name: BOLANOS
First Name: GUILLERMO
M.I.: ARNOLD

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BOB2254 | WA | 2007 | PONTIAC/VIBE | | WHITE |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ 55 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: DISTRICT COURT DISTRICT OF OREGON 940 US COURT HOUSE 1000 SW THIRD AVE PORTLAND, OR
Date: TBD
Time: TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9785941*

CVB SCAN 12/13/2022 16:19

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 8TH, 2022 while exercising my duties as a law enforcement officer in the _____ District of OREGON

I, VETERANS AFFAIRS (VA) POLICE OFFICER ARJUN DEY WAS CONDUCTING VEHICLE PATROL IN A FULLY MARKED UNIT EQUIPPED WITH LIGHTS AND SIRENS. AT APPROXIMATELY 2120 HOURS I OBSERVED A WHITE PONTIAC VIBE BEARING WASHINGTON PLATE BOB2254 TRAVELING EAST BOUND ON US VETERANS HOSPITAL ROAD, FAILING TO STOP AT THE STOP SIGN LOCATED AT THE INTERSECTION OF BUILDING 16, AND US VETERANS HOSPITAL ROAD. I ACTIVATED MY OVERHEAD EMERGENCY LIGHTS, INITIATING A TRAFFIC STOP. THE VEHICLE CAME TO A FINAL STOP IN DAY USE PARKING. THE DRIVER WAS IDENTIFIED BY OREGON ID AS A BOLANOS, GUILLERMO A (10/22/1974) BOLANOS WAS ISSUED A USDCVN FOR FAILING TO COME TO A COMPLETE STOP AT A STOP SIGN. BOLANOS SIGNED AND RECEIVED HIS COPY OF THE CITATION. I CONCLUDED THE TRAFFIC STOP, AND BOLANOS LEFT VA CONTROLLED PROPERTY.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/08/2022    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/13/2022 16:19